IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40806
Summary Calendar
_____

RODNEY L. TURNER,

Plaintiff-Appellant,

versus

TEXAS BOARD OF PARDONS &
PAROLES, ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-MC-152
- - - - - - - - - -
March 29, 1996
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Rodney L. Turner appeals from the district court's imposition of a second $50 sanction upon him.  Turner argues that the district court abused its discretion by imposing the sanction because Turner was given neither notice nor an opportunity to respond.  The district court's first $50 sanction provided Turner with adequate notice that he faced additional sanctions for

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

attempting to file further frivolous lawsuits.  Therefore, we AFFIRM essentially for the reasons stated by the district court. <u>Turner v. Texas Bd. of Pardons and Paroles</u>, No. 6:95mc (E.D. Tex. Sept. 15, 1995).  Turner's motion for the records is DENIED as moot.

AFFIRMED; MOTION DENIED.